IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOEL JONES,<br><br>                Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA,<br><br>                Respondent. | 4:25CV3231<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the Court on two identical motions, Filing Nos. 7 & 8, filed by Petitioner Joel Jones seeking to extend his deadline to file his amended Petition by 30 days from December 19, 2025, to January 19, 2026, in compliance with this Court's November 19, 2025, Memorandum and Order requiring Petitioner to amend his Petition, Filing No. 6. Petitioner submits that additional time is needed due to limited access to legal resources as an incarcerated person and the holiday season. Filing No. 7 at 1; Filing No. 8 at 1.

      While the Court would normally be inclined to grant such an extension, Petitioner has not paid the $5.00 filing fee or filed a motion to proceed in forma pauperis as the Court also ordered in its November 19, 2025, Memorandum and Order. Filing No. 6 at 1. Accordingly, the Court will require Petitioner to show cause why this case should not be dismissed for his failure to pay the filing fee or file a request to proceed in forma pauperis. Absent a sufficient response, this case will be dismissed without prejudice and without further notice.

IT IS THEREFORE ORDERED that:

1. Petitioner will have 30 days to show cause why this case should not be dismissed for failure to pay the $5.00 fee. In the absence of cause shown, this case will be dismissed without prejudice and without further notice.

2. The Clerk of Court is directed to set a pro se case management deadline in this case using the following text: **February 4, 2026**: check for response to show cause order.

3. The Court shall refrain from addressing the motions seeking a 30-day extension to file an amended petition at Filing Nos. 7 & 8 until after the filing fee issue is resolved.

Dated this 5th day of January, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge