IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOEL JONES,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA,<br><br>　　　　　　Respondent. | 4:25CV3231<br><br>**MEMORANDUM AND ORDER** |

　　　This matter is before the Court on two motions seeking an extension of this Court's December 19, 2025, deadline, *see* Filing No. 6, for Petitioner to file an amended Petition, Filing Nos. 7 & 8. As the motions are nearly identical as is the relief requested, the Court shall address the latter motion filed on December 22, 2025, at Filing No. 8, and shall dismiss the earlier motion filed on December 19, 2025, at Filing No. 7, as moot.

　　　As cause for his extension, Petitioner submits that he requires additional time to prepare his amended Petition due to his incarceration and the need to ensure his amended petition is complete and accurate. Filing No. 8 at 1. Finding good cause, the extension shall be granted.

　　　IT IS THEREFORE ORDERED that:

　　　1. Petitioner's December 22, 2025, motion seeking an extension of time to file an amended petition, Filing No. 8, is granted. Petitioner shall have through and until February 17, 2026, to file his amended petition. If Petitioner fails to respond to this Memorandum and Order or file an amended petition, this matter will be dismissed without prejudice and without further notice to Petitioner.

2. Petitioner's December 19, 2025, motion seeking an extension of time to file an amended petition, Filing No. 7, is denied as moot.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **February 17, 2026**: check for amended petition.

4. If Petitioner requires additional time to file an amended petition, he must request an extension via written motion including both the amount of additional time he seeks and the basis for his request no later than the February 17, 2026, deadline for compliance with this Memorandum and Order.

Dated this 15th day of January, 2026.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge