IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOEL JONES,

                Petitioner,

      vs.

STATE OF NEBRASKA,

                Respondent.

**4:25CV3231**

**MEMORANDUM AND ORDER**

This matter is before the Court on a motion seeking an extension of this Court's February 17, 2026, deadline, *see* Filing No. 10, for Petitioner to file an amended Petition, Filing No. 15.[1] As cause for his extension, Petitioner submits that he requires additional time to prepare his amended Petition due to his incarceration, difficulties with access to the law library and delays in the prison mail system. *Id.* at 1-2. Finding good cause, the extension shall be granted.

IT IS THEREFORE ORDERED that:

1. Petitioner's February 13, 2026, motion seeking an extension of time to file an amended petition, Filing No. 15, is granted. Petitioner shall have through and until March 19, 2026, to file his amended petition. If Petitioner fails to respond to this Memorandum and Order or file an amended petition, this matter will be dismissed without prejudice and without further notice to Petitioner.

---

[1] The Court notes that in his Motion Petitioner seeks additional time to file an "Amended Motion", *see* Filing No. 15 at 1, which this Court construes as seeking additional time to file an amended "petition" not a "motion".  When his amended petition is prepared Petitioner may file his amended petition with this Court and need not file a motion in conjunction with its filing.

2.    The Clerk of Court is directed to terminate the previous pro se management deadline of "February 17, 2026: check for amended petition" and is further directed to set a new pro se case management deadline using the following text: **March 19, 2026**: check for amended petition.

3.    If Petitioner requires additional time to file an amended petition, he must request an extension via written motion including both the amount of additional time he seeks and the basis for his request no later than the March 19, 2026, deadline for compliance with this Memorandum and Order.

Dated this 17th day of February, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

2