IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOEL JONES, | |
| Petitioner, | **4:25CV3231** |
| vs. | |
| ROB JEFFREYS, Dir. Nebraska Department of Correctional Services (NDCS); | **MEMORANDUM AND ORDER** |
| Respondent. | |

This matter is before the Court on a motion filed on June 15, 2026, by Petitioner Joel Jones ("Petitioner") seeking a 30-day extension of the deadline to respond to a Motion for Summary Judgment filed by Respondent (the "Motion"). Filing No. 26. The motion shall be granted.

As an initial matter, in his Motion Petitioner indicates the deadline for him to file a response to Respondent's Motion for Summary Judgment was June 12, 2026, pursuant to a May 12, 2026, directive of this Court. *See* Filing No. 26 at 1. While no directive of this Court was issued on May 12, 2026, calculations of the responsive pleading deadlines are contained in this Court's March 31, 2026, Memorandum and Order. *See* Filing No. 20. Specific to the deadline at issue, Respondent filed a Motion for Summary Judgment on May 11, 2026, *see* Filing No. 22, after which Petitioner had 30 days to file his response, *see* Filing No. 20 at 4. Based on the May 11 filing date of the Motion for Summary Judgment, the deadline for Petitioner to file a response was June 10, 2026 (not June 12, as Petitioner indicates), rendering Petitioner's Motion untimely. However, because as cause for his Motion Petitioner specifically alleges experiencing difficulties with receipt of his legal mail (as well as

needing additional time to confer with an entity who has provided him legal assistance in the past), *see* Filing No. 26 at 1, and as Petitioner certified that he placed his Motion in the prison mail on June 11, 2026, a single day after the deadline to file his response, this Court finds good cause to grant Petitioner's extension.

IT IS THEREFORE ORDERED that:

1.  Petitioner's Motion, Filing No. 26, is granted.  Petitioner shall have until **July 17, 2026**, to file a response to Respondent's Motion for Summary Judgment.

2.  The clerk's office is directed to set the following pro se case management deadline: **July 17, 2026**: check for Petitioner's brief in response to Respondent's Motion for Summary Judgment.

Dated this 17th day of June, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

2