IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOEL JONES,<br><br>Petitioner,<br><br>vs.<br><br>ROB JEFFREYS, Dir. Nebraska Department of Correctional Services (NDCS);<br><br>Respondent. | **4:25CV3231**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. A family member of Petitioner contacted the undersigned's chambers and informed the Court that Petitioner's address has changed and he is no longer at the Tecumseh State Correctional Institution. The publicly available records of the Nebraska Department of Correctional Services indicate Petitioner is now confined in the Reception and Treatment Center. *See* https://dcs-inmatesearch.ne.gov/Corrections/COR_input.html (search result for Joel Jones, DCS ID: 214087) (last viewed Sept. 3, 2026). While Petitioner has an obligation to keep the Court informed of his current address at all times, *see* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days), the Court, on its own motion, will update its records to reflect Petitioner's current address.

IT IS THEREFORE ORDERED that:

1. The Clerk of the Court is directed to update Petitioner's address to reflect his present confinement at the Reception and Treatment Center.

2. Petitioner is advised that he must keep the Court informed of his current address at all times. Failure to do so may result in dismissal of this matter.

3. Petitioner is further advised that the Court has received both Petitioner's and Respondent's briefing on Respondent's motion for summary judgment, Filing No. 22, the motion is fully submitted, and the Court will issue a ruling on the summary judgment motion in due course.

Dated this 3rd day of September, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge